UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR04-445-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| KULDIP SINGH CHAGGAR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offense charged:

Tampering with a Witness; Harassing a Witness

Date of Detention Hearing:   October 3, 2006

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)   Defendant was found guilty of the charges of Tampering with a Witness and

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 1

15.13
Rev. 1/91

01 Harassing a Witness after a bench trial before the Honorable John C. Coughenour, and sentenced

02 to serve twelve months and one day at the Federal Detention Center at SeaTac, Washington,

03 followed by three years of supervised release. (Dkt. 123). Defendant appealed the conviction and

04 the government appealed the sentence. Defendant began serving the sentence on September 30,

05 2005. (Dkt. 154). A judgment was issued by the United States Court of Appeals for the Ninth

06 Circuit on August 21, 2006 affirming the conviction and vacating and remanding the sentence.

07 (Dkt. 162). Re-sentencing is scheduled for October 13, 2006 before Judge Coughenour.

08     (2)    Defendant is a citizen of Canada and of the United Kingdom. He has asked to be

09 removed to the United Kingdom upon completion of his sentence in this matter. He is currently

10 in the custody of the U.S. Marshals. He requests that an appearance bond be issued so that he can

11 be released into the custody of Immigration and Customs Enforcement, since removal to the

12 United Kingdom can be accomplished more expeditiously than removal to Canada.

13     (3)    The motion for conditions of release is DENIED. If released into ICE custody,

14 defendant is subject to being removed from the jurisdiction of this court, posing a risk of

15 nonappearance.

16     (4)    There does not appear to be any condition or combination of conditions that will

17 reasonably assure the defendant's appearance at future Court hearings while addressing the danger

18 to other persons or the community.

19 It is therefore ORDERED:

20     (1)    Defendant shall be detained pending sentencing and committed to the custody of

21     the Attorney General for confinement:

22     (2)    Defendant shall be afforded reasonable opportunity for private consultation with

DETENTION ORDER     15.13
18 U.S.C. § 3142(i)     Rev. 1/91
PAGE 2

counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>3rd</u> day of October, 2006.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge